**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

AARON L. JACOBS, JR,

      Plaintiff,

  v.                                 Case No. 14-C-0038

CAPTAIN LARRY MALCOMSON, et al.,

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

      Plaintiff has filed a motion to postpone or alternatively dismiss without prejudice the above action. He has been re-incarcerated in another jail and contends that he is unable to properly represent himself while he is in custody. The motion to dismiss is granted. It appears there has been little or no motion practice and though the case was filed in January 2014, it wasn't until May that a scheduling order was entered. Defendants filed a response and do not object. Under these circumstances, and given the unwieldy nature of the case, dismissal at this time without prejudice is likely in the interest of all. Accordingly, the motion is granted and the case is dismissed without prejudice.

      Dated this   5th   day of September, 2014.

                                                 s/ Willliam C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court